IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVIVSION

AMBROSE BERNARD WILLIAMS
#22441-16                                                               PLAINTIFF

v.                           No. 4:18-cv-42-DPM

JULIE ECKERT,
Detective, North Little Rock                                            DEFENDANT

# ORDER

**1.** The Court must screen Williams's amended complaint. № 5; 28 U.S.C. § 1915A. Williams appears to be in jail awaiting trial on criminal charges. He alleges that he was arrested without probable cause and wrongfully charged with rape. He seeks damages. № 5.

**2.** The Court must abstain from proceeding with Williams's federal case because the criminal case is ongoing, Arkansas has an important interest in enforcing its criminal laws, and Williams may raise his constitutional claims during his state criminal proceedings. *Younger v. Harris*, 401 U.S. 37, 43-45 (1971). Further, there's no indication of bad faith, harassment, or any other extraordinary circumstances that would make abstention inappropriate. *Tony Alamo Christian Ministries v. Selig*, 664 F.3d 1245, 1254 (8th Cir. 2012). This case must, therefore, be put on hold until there's a final disposition of Williams's pending state charges. *Wallace v. Kato*, 549 U.S. 384, 393-94

(2007); *Yamaha Motor Corporation, U.S.A. v. Stroud*, 179 F.3d 598, 603-04 (8th Cir. 1999).

\* \* \*

This case is stayed. Williams can move to reopen this case after final disposition of his state case, including any appeal. Any motion to reopen must be filed within sixty days of that final disposition. If Williams doesn't file a timely motion to reopen or a status report by 16 February 2019, then the Court will reopen the case and dismiss it without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 February 2018