IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

AMBROSE BERNARD WILLIAMS
#22441-16                                                          PLAINTIFF

v.                        No. 4:18-cv-42-DPM

JULIE ECKERT,
Detective, North Little Rock                                       DEFENDANT

ORDER

1. Motion to lift stay, № 7, granted.

2. The Court must screen Williams's amended complaint. № 5; 28 U.S.C. § 1915A. Williams says he was arrested without probable cause and wrongfully charged with rape. № 5. He recently pleaded guilty to sexual indecency in that case. № 7. He seeks a damages award. № 5.

3. Williams's claims must be dismissed as *Heck*-barred. *Heck v. Humphrey*, 512 U.S. 477, 486–87 (1994). A judgment in Williams's favor would necessarily call into question his state-court conviction; and Williams hasn't shown that his conviction has been reversed, expunged, or invalidated. *Ibid.* Williams's complaint will therefore be dismissed without prejudice for failure to state a clam. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). An *in forma*

*pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

20 March 2018