IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

AMBROSE BERNARD WILLIAMS
#22441-16                                                               PLAINTIFF

v.                          No. 4:18-cv-42-DPM

JULIE ECKERT,
Detective, North Little Rock                                            DEFENDANT

## JUDGMENT

Williams's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

20 March 2018